UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. GERMANY,<br>Plaintiff,<br>v.<br>SACRAMENTO FIRE DEPARTMENT, et al.,<br>Defendants. | No. 2:26-cv-0216 DAD CKD P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. No. 9) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on January 26, 2026, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 8, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and comply with court orders after plaintiff failed to respond in any way to the magistrate judge's May 27, 2026 order directing him to file an amended complaint within thirty (30) days. (Doc. Nos. 9, 6.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has passed.

The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued July 8, 2026 (Doc. No. 9), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE